

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT WADDELL<br>　　　Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 05-1635-A |
| VERSUS | |
| BURL CAIN, WARDEN<br>　　　Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Waddell's petition for writ of habeas corpus be DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 22nd day of JANUARY, 2007.

　　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

14