RECEIVED IN ALEXANDRIA, LA
FEB -5 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT WADDELL | CIVIL ACTION NO. 1:05CV1635 |
| VERSUS | JUDGE DRELL |
| WARDEN N BURL CAIN | MAGISTRATE JUDGE KIRK |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X** The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at ALEXANDRIA, Louisiana, this 5 Day of February 2007.

Dee D. Drell
UNITED STATES DISTRICT JUDGE